# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00347-CV

### In re Erasmo Garcia

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Erasmo Garcia filed a petition for writ of mandamus and a motion for temporary relief pending disposition of his mandamus petition. We granted a temporary stay and requested a response from real parties in interest. Having reviewed the petition, record, and filings by relator and real parties in interest, we dissolve our temporary stay and deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Field

Filed: June 17, 2014